**Opinion issued September 22, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00167-CV

————————————

## R. CRAIG RATHMANN AND RATHMANN & ASSOCIATES, L.P., Appellants

## V.

## JAMES RYAN O'HARA, Appellee

On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2015-27007A

### MEMORANDUM OPINION

Appellants and appellee have filed an amended agreed motion to vacate the

trial court's judgment and dismiss the case. *See* TEX. R. APP. P. 10.3(a)(2), 43.2(e).

We grant the motion and vacate the trial court's judgment and dismiss the case. *See* TEX. R. APP. P. 43.2(e). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Huddle.